# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
|     **RAFAIL THEOKARY** | : | |
|         Debtor(s) | : | Bky. No. 07-11008ELF |
| | : | |
| **RAFAIL THEOKARY** | : | |
|         Plaintiff(s) | : | |
| | : | |
|     v. | : | |
| | : | |
| **TOM SHAY, ERIC ABBATIELLO,** | : | |
| **D/B/A ABBATIELLO RACING STABLES,** | : | |
| **SHOWPLACE FARMS, GAITWAY FARM,** | : | |
| **INC. AND ANY JOHN DOES (1-10) ENTITIES** | : | |
| **OR LEGAL ENTITIES THAT BECOME KNOW** | : | |
| **AFTER FILING** | : | |
|         Defendant(s) | : | Adv. No. 09-00051ELF |
| | : | |

## O R D E R

**AND NOW**, Plaintiff Rafail Theokary having filed a Motion for Judgment on the Pleadings ("the Motion") (Docket Entry No. 32) on March 30, 2009,

**AND**, by Order dated April 1, 2009 (Docket Entry No. 33), the court having canceled a hearing on the Motion self-scheduled by the Plaintiff due to the Plaintiff's failure to comply with L.B.R. 9014-3(c) and 5070-1,

**AND**, on May 4, 2009, the Plaintiff having filed a Second Notice of the Motion ("the Second Notice"),

**AND**, the Second Notice also failing to comply with L.B.R. 9014-3(c),

**AND**, since March 30, 2009, the Defendants having failed to give the Defendants notice of the deadline for filing a response to the Motion, see L.B.R. 9014-3(h), (i); L.B.F. 9014-3,

**AND**, the Plaintiff therefore, having failed to prosecute the Motion in a manner that would present the matter before the court in a timely fashion,

It is hereby **ORDERED** that the Motion **DENIED** for failure to comply with the rules of court.

Date: May 4, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE