UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| RAFAIL THEOKARY, | : | |
| Debtor. | : | Bky. No. 07-11008 ELF |
| RAFAIL THEOKARY, | : | |
| Plaintiff, | : | |
| v. | : | |
| ERIC ABBATIELLO, et al., | : | Adv. No. 09-051 ELF |
| Defendants. | : | |

# O R D E R

**AND NOW**, following a trial limited to the issue of liability in the above adversary proceeding, and after consideration of the evidence and the parties' post-trial submissions, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that:

1. **JUDGMENT** is entered in favor of the Plaintiff and against Defendants Tom Shay and Eric Abbatiello as to liability under 11 U.S.C. §362(k).

2. **JUDGMENT** is entered in favor of Defendants Showplace Farms and Gaitway Farms, Inc. and against the Plaintiff.

3. A **FINAL PRETRIAL CONFERENCE** prior to trial on the issue of damages with respect to the remaining Defendants is **SCHEDULED for March 10, 2011, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 900 Market Street, Philadelphia, PA**. At the pretrial conference, the court will consider any remaining pretrial issues and set a date for the trial on damages.

Date:  February 14, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE