**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| **RAFAIL THEOKARY,** | : | |
| Debtor. | : | Bky. No. 07-11008 ELF |
| **RAFAIL THEOKARY,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **ERIC ABBATIELLO, et al.,** | : | Adv. No. 09-051 ELF |
| Defendants. | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendants' Motion to Bar the Use of Amended Expert Report, Bar the Testimony of Samuel Paparo and Dismiss the Complaint with Prejudice ("the Motion") (Doc. # 210), and the response thereto, and after a hearing, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned adversary proceeding is **DISMISSED WITH PREJUDICE**.

**Date:  April 10, 2012**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Rafail Theokary
    P.O. Box 2027
    Aston, PA 19014

Kenneth A. Sandler                  Michael Rutenberg
701 Westerly Dr.                    620 Christian St. – Suite 2-A
Marlton, NJ 08053-1070              Philadelphia, PA 19147